UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN ARIEL LIVINGSTON,

      Plaintiff,

 v.

WARNER, et al.,

      Defendants.

No. 2:22-CV-1510-JHC-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   This matter is dismissed without prejudice for plaintiff's failure to prosecute; and

(3)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 14th day of April, 2023.

_____
John H. Chun
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1